PROB 12C
(6/16)

Report Date: June 28, 2023

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

**Jun 28, 2023**

**Eastern District of Washington**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Ebner         Case Number: 0980 2:12CR00126-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 1, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 144 months<br>TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | April 15, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | Life |

### PETITIONING THE COURT

To issue a summons.

On April 18, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Ebner, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about April 4, 2023, Christopher Ebner allegedly violated special condition number 24 by consuming methamphetamine.<br><br>On April 6, 2023, the offender reported to the U.S. Probation Office to meet with his assigned probation officer as instructed. On that date, Mr. Ebner was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine.<br><br>The offender admitted to the use of methamphetamine on or about April 4, 2023, and signed an admission of use form confirming that use. |
| 2 | **Special Condition #24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Ebner, Christopher Michael
June 28, 2023
Page 2

**Supporting Evidence**: On or about May 3, 2023, Christopher Ebner allegedly violated special condition number 24 by consuming methamphetamine.

On May 3, 2023, this officer contacted Mr. Ebner while headed to his residence to conduct an unscheduled home visit. The offender stated he was not at home, and advised he was at an apartment complex "keeping (his) girlfriend company" and "helping her clean the apartments as needed." Because the offender is a Level 2 registered sex offender, the undersigned made contact with Mr. Ebner at the apartment complex, and he was instructed to immediately report to the U.S. Probation Office for random urinalysis testing.

On that date, the offender reported to the U.S. Probation Office as instructed, and was subject to random urinalysis testing. Mr. Ebner provided a urine sample that was presumptive positive for methamphetamine. Because he denied any illicit drug use, the sample was forwarded to the lab for further testing.

On May 4, 2023, this officer met with the offender, and he again insisted he had not used methamphetamine aside from his previously admitted use. Mr. Ebner suggested that the positive result was due to his medications, and he signed a denial of use form confirming that denial.

Because of his suggestion that the positive test result was due to his medications, the assigned officer contacted the laboratory and requested further interpretation. On June 23, 2023, this officer received confirmation that the urine sample collected from the offender on May 3, 2023, was in fact positive for illicit methamphetamine. According to the lab, the sample was confirmed positive for the D-isomer of methamphetamine, which is only present in illicit methamphetamine.

Later that date, on June 23, 2023, the offender reported to the U.S. Probation Office to meet with this officer. After being confronted with the lab results, the offender initially insisted that he had no idea how he could have tested positive for methamphetamine. Ultimately, Mr. Ebner admitted to ongoing methamphetamine use, to include on or about May 3, 2023, and he signed an admission of use form confirming that use.

3    **Special Condition #24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 31, 2023, Christopher Ebner allegedly violated special condition number 24 by consuming methamphetamine.

On May 31, 2023, the offender was subject to phase urinalysis testing, at Pioneer Human Services (PHS), and provided a urine sample that was presumptive positive for amphetamine and fentanyl. According to the information received, Mr. Ebner denied any illicit drug use, and signed a denial of use form; the sample was thus forwarded to the lab for further testing.

Because Mr. Ebner has continued to insist that the positive test results were related to his medications, the undersigned contacted the laboratory and requested further interpretation. On June 23, 2023, this officer received confirmation that the urine sample collected from the offender on May 31, 2023, was in fact positive for illicit methamphetamine. According to the lab, the sample was confirmed positive for the D-methamphetamine, which is only present in illicit methamphetamine.

Later that date, on June 23, 2023, the offender reported to the U.S. Probation Office to meet with this officer. After being confronted with the lab results, the offender initially insisted that he had no idea how he could test positive for methamphetamine. Ultimately, Mr. Ebner admitted to ongoing methamphetamine use, to include on or about May 31, 2023, and he signed an admission of use form confirming that use.

4  **Special Condition #24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about June 11, 2023, Christopher Ebner allegedly violated special condition number 24 by consuming methamphetamine.

On June 23, 2023, the offender reported to the U.S. Probation Office to meet with this officer. When confronted with the results of the lab interpretation that had been requested, the offender again insisted he had no idea how he could test positive for methamphetamine as he had not used since April 2023. After further discussion, Mr. Ebner eventually admitted to ongoing methamphetamine use, most recently on or about June 11, 2023, and he signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/28/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

Rosanna Malouf Peterson

Signature of Judicial Officer

6/28/2023

Date