PROB 12C
(6/16)

Report Date:  February 22, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Ebner          Case Number: 0980 2:12CR00126-MKD-1

Address of Offender: ███████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 1, 2013

Original Offense:          Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:      Prison - 144 months          Type of Supervision: Supervised Release
                        TSR - life

Asst. U.S. Attorney:    Ann Wick                      Date Supervision Commenced: April 15, 2022

Defense Attorney:      Carter Liam Powers Beggs       Date Supervision Expires: Life

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/28/2023.

On April 18, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Ebner, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #23**:  You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On or about February 20, 2024, Christopher Ebner allegedly violated special condition number 23 by being unsuccessfully discharged from his treatment program with Pioneer Human Services (PHS).

On February 21, 2024, shortly after the offender's appearance before Your Honor, this officer received notification from PHS that the offender had been unsuccessfully discharged from treatment effective February 20, 2024.

Prob12C
**Re: Ebner, Christopher Michael**
**February 22, 2024**
**Page 2**

According to the information received, Mr. Ebner was discharged for a "lack of awareness and lack of recovery efforts." The offender would reportedly make statements to include "I do not use drugs" and "I have only used one time in my life," which the treatment provider determined were counter productive to the group.

This officer would note that despite claiming to have only used drugs once in his life during his treatment sessions, the offender has admitted to four different instances of methamphetamine use, thus making his statements both unnecessary and untrue.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/22/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

m. k. Dimke

Signature of Judicial Officer

2/22/2024

Date